ACCEPTED
04-15-00336-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/2/2015 4:28:35 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00336-CV

IN THE COURT OF APPEALS FOR THE FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/2/2015 4:28:35 PM
KEITH E. HOTTLE
Clerk

ADOLFO J. CARRERA AND ESPERANZA GAYTAN, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF ADOLFO CARRERA, DECEASED,

*APPELLANTS*

**V.**

**ALICE YANEZ**

*APPELLEE*

On Appeal from the District Court at Law Number 131,
Bexar County, Texas No. 2013CI12008

**Motion for Extension of Time to File Brief of Appellants**

NOW COMES Appellants ADOLFO J. CARRERA AND ESPERANZA GAYTAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ADOLFO CARRERA, DECEASED, and file this *Motion for Extension of Time to File Brief of Appellants*, and in support thereof would respectfully show the Court as follows:

1.     Appellants hereby request an extension for filing its brief.

2.     The Brief of Appellants' was due July 2, 2015. However, due to error on the part of Appellant's attorney, Mark Anthony Acuna, the date for filing the brief was not calendared. The error in calendaring was not discovered until the morning of July 2, 2015.

3.     As a result of the calendaring error, and inadvertence on the part of Appellants' attorney, counsel has not yet begun work on drafting the brief. Appellants' counsel, Mark

Anthony Acuna, is the only attorney in his firm who is handling this matter thus not other attorney with the Davis Law Firm is prepared to work on the briefing.. Additionally, Appellant's counsel is currently involved in depositions and mediations on other matters over the past two weeks, all of which will make the completion of Appellants' brief in the near future very difficult.

4.    Therefore, Appellant and Appellants' counsel request a 30-day extension of the deadline for filing its brief such that the brief will be due on or before August 3, 2015 (August 2, 2015 being a Sunday).

5.    This is Appellants' first request for an extension for filing of the Brief of Appellants and the extension is not sought for delay, but so that justice may be had.

WHEREFORE, Appellants prays that this Motion be granted such that the Brief of Appellants' be considered timely filed on or before August 3, 2015, and this Court award Appellants such other and further relief, both general and special, at law or in equity, to which Appellanst may be entitled.

Respectfully submitted,

BY: _____

MARK ANTHONY ACUÑA
State Bar No. 24064044
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing pleading has been served in accordance with the Texas Rules of Appellate Procedure, via facsimile, on this 2ND day of July 2015 to:

***Via Facsimile: (210) 305-4219***
William N Alan, IV
ALLAN, NAVA & GLANDER, PLLC
825 W. Bitters RD., Ste. 104
San Antonio, TX 78216

_____
MARK ANTHONY ACUÑA